LAWSON, J.,
dissenting.
I would affirm the award of attorney’s fees to Appellees. Section 723.058(1), Florida Statutes, provides, in relevant part, that:
No mobile home park owner or subdivision developer shall make or enforce any rule, regulation, or rental agreement provision which denies or abridges the right of any mobile home owner or owner of a lot in a mobile home subdivision to sell his or her mobile home within the park or mobile home subdivision ...
In its complaint below (count II), Appellant challenged the amended deed restrictions on grounds that they unlawfully denied or abridged the right of Hollywood Estates owners to sell their mobile homes. In short, Appellant alleged that before the amendment, Hollywood Estates was not an “age 55” community, and owners could sell to younger buyers. Because the amendment “transform[ed] Hollywood Estates from an ‘all-ages’ community to a '55 or older’ community,” the amendment denied or abridged the right of Hollywood Estates owners to sell their property in violation of section 723.058(1). On these grounds, Appellant’s complaint sought to have the amendment declared invalid. Because Appellant was seeking “to enforce” this provision of chapter 723, the complaint alleged that Appellant would be entitled to an attorney’s fee award if it prevailed.
As noted by the majority, section 723.068 provides for the award of prevailing party attorney’s fees in any proceeding “to enforce provisions of this chapter[.]” Because count II of the complaint sought to enforce section 723.058(1), and because Appellees prevailed on that count, fees were properly awarded.